**HEATING AND PLUMBING ENGINEERS, INC., Plaintiff,**

v.

**H.J. WILSON CO., INC., a Louisiana corporation, Defendant-Appellee, and Cross-Appellant,**

v.

**H.W. HOUSTON CONSTRUCTION COMPANY, Defendant-Appellant, and Cross-Appellee.**

No. 82CA1209.

Colorado Court of Appeals, Div. II.

Sept. 6, 1984.

Rehearing Denied Nov. 8, 1984.

Certiorari Denied April 15, 1985.

Editor's Note:

The petition for writ of certiorari, for the above entitled opinion published at 698 P.2d 1364, was denied April 15, 1985.